# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| JOSEPH D. CONTINO, an individual, and AMBER K. CONTINO, an individual | Case No. 2:24-cv-08968-MWC-AS |
| Plaintiffs, | **ORDER DISMISSING ACTION WITH PREJUDICE (DKT. 27)** |
| vs. | |
| ASTON MARTIN LAGONDA OF NORTH AMERICA, INC., a Connecticut Corporation, and DOES 1 through 10, inclusive, | |
| Defendants. | |

Having reviewed the stipulation of the Parties to dismiss the case (the "Stipulation"), *see* Dkt. # 27, the Court **GRANTS** the Stipulation.  The case, including all claims and counterclaims, is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Dated: July 9, 2026

_____

Hon. Michelle Williams Court
United States District Judge